UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN A. FERNANDEZ,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 1699 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 30, 2007, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further proceedings including a new hearing; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further proceedings including a new hearing.

Dated: Brooklyn, New York
       October 31, 2007

                                                                                  s/Robert C. Heinemann

                                                                            ROBERT C. HEINEMANN
                                                                            Clerk of Court